*1225 529 U. S. 1052;
529 U. S. 1004;
529 U. S. 1054;
529 U. S. 1069;
*1226 No. 99-1463.
No. 99-1484.
No. 99-1491.
No. 99-7345.
No. 99-7666.
No. 99-7978.
No. 99-8061.
No. 99-8076.
No. 99-8140.
No. 99-8149.
No. 99-8240.
No. 99-8276.
No. 99-8288.
No. 99-8462.
No. 99-8542.
No. 99-8636.
No. 99-8755.
529 U. S. 1069;
529 U. S. 1094;
529 U. S. 1069;
528 U. S. 1166;
529 U. S. 1008;
529 U. S. 1041;
529 U. S. 1058;
529 U. S. 1070;
529 U. S. 1072;
529 U. S. 1042;
529 U. S. 1073;
529 U. S. 1074;
529 U. S. 1016;
529 U. S. 1076;
529 U. S. 1077;
529 U. S. 1102; and
529 U. S. 1082. Petitions for rehearing denied.